FILED
MISSOULA, MT

2007 FEB 27 PM 4 37

PATRICK E. DUFFY
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | | |
|---|---|---|
| ELDON HUFFINE, | ) | CV 06-54-H-DWM-RKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RICK SEIDLITZ; MEAGHER COUNTY; | ) | |
| KIRK BARFUSS; STATE OF MONTANA, | ) | |
| | ) | |
| Defendants. | ) | |

United States Magistrate Keith Strong entered Findings and Recommendation in this matter on February 23, 2007. Plaintiff Huffine is proceeding pro se and is not entitled to a ten-day period to file an objection. *Minetti v. Port of Seattle*, 152 F.3d 1113, 1115 (9th Cir. 1998) (per curiam). This Court will review the Findings and Recommendation for clear error pursuant to 28 U.S.C. § 636(b)(1).

It is Judge Strong's recommendation that Huffine's motion to proceed in forma pauperis be denied because Huffine is not a trustworthy affiant. The Court concurs. Recent criminal proceedings before the Court show Huffine does not merit this status.

The Court finds no clear error in Judge Strong's Findings and Recommendation (dkt #6) and adopts them in full.

Accordingly, IT IS HEREBY ORDERED that Huffine's motion to proceed in forma pauperis (dkt #2) is DENIED.

Dated this 27th day of February, 2007.

Donald W. Molloy, Chief Judge
United States District Court